### Ellis S. FRISON, Jr., Plaintiff–Appellant,

### v.

### Stephen B. WOOD, Substitute Trustee for Chase Manhattan Mortgage Company; Chase Manhattan Mortgage Corporation; Tonya R. Henderson–Stith, Substitute Trustee for Chase Manhattan Mortgage Company, Defendants–Appellees.

### No. 00–2524.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 27, 2001.

Ellis S. Frison, Jr., pro se. Richard Wayne Driscoll, Eccleston & Wolf, Washington, DC; Sharon L. Larkin, Venable, Baetjer & Howard, McLean, VA, for appellees.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Ellis S. Frison, Jr., appeals from the district court's final order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Frison v. Wood,* No. CA–00–649–A (E.D.Va. Nov. 17, 2000). To the extent that Frison appeals from other orders entered by the district court, we also find no reversible error and affirm.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Frison also complains about the district court's orders filed on August 18, September 22, October 13, and November 14, 2000.